■ MARGARET F. BECKER v. MARTIN BECKER.— Motion for a stay dismissed having become academic by virtue of the decision of this court in appeal decided simultaneously herewith. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN GOLDSTEIN, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ GEORGE M. CARR, Appellant, v. MAY W. HALL et al., as Executors of HARVEY M. HALL, Deceased, Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Breitel, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ ANN TRADELIUS, Respondent, v. CARL TRADELIUS, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs to respondent. No opinion. Concur — Breitel, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ LEON A. SUTTON, Respondent, v. TRANSCONTINENTAL INVESTING CORPORATION et al., Appellants.— Order, entered on November 29, 1961, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., Valente, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUANITA DAVIS, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Eager, Steuer and Bergan, JJ.

■ In the Matter of the Arbitration between HOWARD INTERNATIONAL, INC., Appellant, and CENTRAL RIGGING & CONTRACTING CORP., Respondent.— Order, entered on or about February 25, 1960, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between CENTRAL RIGGING & CONTRACTING CORP., Respondent, and HOWARD INTERNATIONAL, INC., Appellant.— Order and judgment unanimously affirmed, with costs to petitioner-claimant-respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ IDA WILSON, Respondent, v. JOHN SWANSON, JR., Defendant, MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent, and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, Appellant.— Judgment unanimously affirmed, with costs to defendant-respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL BRENNAN, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of MANUFACTURERS HANOVER TRUST COMPANY, as Trustee under an Agreement Made by JOSEPH B. DICKSON, Deceased, for the benefit of JOHANNA R. DICKSON, Deceased, Respondent. FRANK J. MORAN, as Executor of JOHANNA R. DICKSON, Deceased, et al., Respondents; SHIRLEY BOYCE, Appellant.— Order, so far as appealed from, entered on March 6, 1962, unanimously affirmed, with $20 costs and disbursements to respondent Thomas Dickson, Jr., only, payable out of the fund. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.